# Court of Appeals
# of the State of Georgia

ATLANTA, August 22, 2013

*The Court of Appeals hereby passes the following order*

**A13D0513. DURANTE MARQUIS SMITH v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

07CR62654



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, August 22, 2013.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Hally K. O. Sparrow*                    , Clerk.